IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>JERELL HAYNIE, et al.,<br><br>          Defendants. | 15<br>8:~~14~~CR343-JFB-FG3<br><br>PROTECTIVE ORDER |

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2016 SEP -1  AM 9:56
OFFICE OF THE CLERK

The motion by the United States, Filing No. 246, is **GRANTED**.

**IT IS HEREBY ORDERED** that the named defense counsel in case number 8:~~14~~15CR343-JFB-FG3 shall not disclose or disseminate to anyone copies of any Memorandum of Understanding (MOU) between the Bureau of Alcohol, Tobacco, and Firearms, and the Omaha Police Department, with two exceptions. First, defense counsel may review the MOUs with the defendants in this case, but the defendants may not retain a copy of the MOUs. Second, defense counsel may offer the MOUs as an exhibit in any pretrial hearing, or they may file the MOU as an exhibit prior to any hearing, provided that the MOUs are offered as a restricted document and only made available to counsel of record.

DATED this __1__ day of ~~August~~ September, 2016.

BY THE COURT:

_____
F.A. Gossett, III
United States Magistrate Judge